IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

RICHARD G STAROFSKY )
    Plaintiff, )
     )
v. )
ANDREW J. HUGHES )
     )
    Defendant. )    Civil Action **No.**
     )
     )
     )

## COMPLAINT

NOW COMES the plaintiff, RICHARD G STAROFSKY, by and with his counsel, STEVEN C. AMES, and for his Complaint alleges as follows:

## INTRODUCTION

1. This is a civil action pursuant to 42 U.S.C. §1983 to redress deprivations under color of law of the plaintiff, RICHARD G STAROFSKY rights as secured by the Constitution of the United States of America caused by excessive use of force by the Defendant with prayer for damages.

## JURISDICTION AND PARTIES

2. The jurisdiction of this court is invoked pursuant to the Civil Rights Act 42 U.S.C. §1983, the judicial code 28 U.S.C. §1331 and §1343 (A), and the Constitution of the United States.

3. Jurisdiction supporting plaintiff's claims for attorney fees and cost is confirmed by 42 U.S.C. §1988 and 42 U.S.C. §2000.

4. Venue is proper in the district court pursuant to 28 U.S.C. §1391. All of the events or

omissions giving rise to the claims herein occurred in this District and Division.

5. Plaintiff RICHARD G STAROFSKY is a resident of the State of Illinois and a citizen of the United States.

6. At all times relevant herein, Defendant ANDREW J. HUGHES was acting under color of state law in his capacity as a law enforcement officer employed by the City of Moline and/or the Moline Police Department, and he is sued in his individual and official capacities, and has a mailing address of 1640 6th Avenue, Moline, IL 61265.

## 42 U.S.C. Section 1983, Fourth Amendment Violation

## Andrew J. Hughes

1-6. Paragraphs 1-6 are incorporated as if fully restated as Paragraphs 1-6 of this Count.

7. On November 3, 2012, Plaintiff RICHARD G STAROFSKY was a passenger in a vehicle that was stopped by Defendant ANDREW J HUGHES for the purpose of investigating an alleged battery.

8. At the time of said investigative stop, Defendant HUGHES had not been informed that Plaintiff RICHARD STAROFSKY committed a crime; rather he had been informed that Plaintiff was being beaten by the driver of the stopped vehicle.

9. At the time of said investigative stop, another police officer employed by the City of Moline and/or the Moline Police Department arrived at the scene to assist Defendant HUGHES.

10. At the time of said investigative stop, Defendant HUGHES ordered the occupants of the stopped vehicle, including Plaintiff RICHARD G STAROFSKY, to stay inside the vehicle and to put up their hands.

11. Plaintiff RICHARD G STAROFSKY began using profane language directed to Defendant ANDREW J HUGHES.

12. Defendant HUGHES directed Plaintiff to exit the stopped vehicle and to follow him to a police patrol car, and Plaintiff complied with this command.

13. At the time of said investigative stop, Plaintiff RICHARD G STAROFSKY did attempt to return to the stopped vehicle after Defendant HUGHES directed him to remain by the police patrol car, and Defendant HUGHES informed Plaintiff that he was going to put him in handcuffs.

14. Plaintiff RICHARD G STAROFSKY pulled his arms to himself, thereby making it difficult for Defendant HUGHES to handcuff him, but Defendant HUGHES was able to take hold of Plaintiff's left arm while the assisting officer took control of Plaintiff's right hand, and the officers returned him to the patrol car.

15. At the time of said investigative stop, Plaintiff RICHARD G STAROFSKY did not pose an immediate threat to the security of any person or to the security of the public; he was unarmed, and he did not physically harm nor attempt to physically harm Defendant HUGHES, the assisting officer, or any other person.

16. After issuing a verbal warning to Plaintiff, Defendant ANDREW J HUGHES engaged in an excessive use of force against Plaintiff RICHARD G STAROFSKY in that he sprayed Plaintiff's face with pepper spray even though Defendant HUGHES and the assisting officer were able to gain control of Plaintiff by taking hold of his arms.

17. Defendant ANDREW J. HUGHES'S conduct proximately caused a violation of Plaintiff RICHARD G STAROFSKY'S rights as secured by the United States Constitution.

WHEREFORE, plaintiff RICHARD G STAROFSKY respectfully requests that this court enter judgment in favor of plaintiff and against defendant ANDREW J HUGHES as follows:

1. Award compensatory and punitive damages and attorneys' fees against defendant HUGHES;

2. Any other and further relief this court deems just and appropriate.

### JURY DEMAND

Plaintiff RICHARD G STAROFSKY hereby demands a trial by a jury of twelve persons pursuant to Federal Rules of Court Procedure 38 (b) on all issues.

          Respectfully Submitted,

          RICHARD G STAROFSKY, Plaintiff

By:   /S/ STEVEN C. AMES
       Attorney STEVEN C. AMES

DECLARATION

I, RICHARD G STAROFSKY, declare under penalty of perjury, that the foregoing is true and exact to the best of my knowledge.

          /S/ RICHARD G STAROFSKY
          RICHARD G STAROFSKY, Plaintiff

CERTIFICATE OF SERVICE

The undersigned attests that on November 4, 2013 he served the foregoing Complaint on Defendant, through attorney, Maureen E. Riggs, City Attorney for the City of Moline, 619 16TH Street, Moline, IL 61265.

                                                RICHARD G STAROFSKY,
                                                Plaintiff,
                                                By: AMES LAW OFFICES

                                                By: /s/ Steven C. Ames
                                                      STEVEN C. AMES

AMES LAW OFFICES                         ARDC # 6236625
Attorneys for Plaintiff
1000 Third Street, Box 55
Orion, Illinois - 61273
Telephone: (309) 526-3374
FAX: (309) 526-8975